# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Scott Daniel Warren**<br>DOB: 1982; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>18-01455MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about January 17, 2018, at or near Ajo, in the District of Arizona, **Scott Daniel Warren**, knowing or in reckless disregard that certain aliens, namely Kristian Perez-Villanueva and Jose Arnaldo Sacaria-Goday, had come to, entered, and remained in the United States in violation of law, did conceal, harbor, or shield said aliens within the United States in any place, including any building or any means of transportation, in furtherance of such violation of law; in violation of **Title 8, United States Code, Section 1324(a)(1)(A)(iii)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about January 17, 2018, at or near Ajo, in the District of Arizona, United States Border Patrol Agents (BPA) were conducting surveillance on a building known as "the Barn." BPA saw a Green Nissan Xterra pull up to "the Barn." A local resident named **Scott Daniel Warren** exited the Xterra and entered "the Barn." Two subjects that matched a description given of two lost illegal aliens exited "the Barn" with **Warren** and talking with him. BPA along with Pima County Sherriff's Deputies (PCSD) performed a "knock and talk" on "the Barn" after the subjects reentered "the Barn." BPA identified the two subjects as Kristian Perez-Villanueva and Jose Arnaldo Sacaria-Goday, and determined that they were in the United States illegally.

The material witnesses, Kristian Perez-Villanueva and Jose Arnaldo Sacaria-Goday, stated that they researched online the best ways and methods to cross the border illegally before crossing. The material witnesses received the address to "the Barn" as a place they could get food and water. They coordinated a ride with a subject in a white van, who took them to a Chevron station. Perez used the WiFi at the Chevron to figure out where to go. After finding their way to "the Barn," **Warren** met them outside and gave them food and water for approximately three days. Sacaria said that **Warren** took care of them in "the Barn" by giving them food, water, beds, and clean clothes.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Kristian Perez-Villanueva and Jose Arnaldo Sacaria-Goday

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA ARW | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>January 18, 2018 |

1) See Federal rules of Criminal Procedure Rules 3 and 54