**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Bruce G. Macdonald | **Date:** January 18, 2018 |
| **USA v. Scott Daniel Warren** | **Case Number:** 18-01455MJ-001-TUC-BPV |

**U.S. Attorney:** Beverly Anderson (duty)
**Interpreter:** Clark Feaster        **Language:** Spanish
**Material Witness(es)**
1 - Kristian Perez-Villanueva;  2 - Jose Arnaldo Sacaria-Goday
**Material Witness(es) state true name(s) to be**
1 - Kristian Gerardo Perez-Villanueva;  2 - SAME

**Material Witness(es):**  ☒ Present    ☐ Not Present    ☐ Released
                          ☒ Custody    ☐ Summons        ☐ Writ
Restraint Level 0

**INITIAL APPEARANCE – MATERIAL WITNESS(ES)**

☒ Complaint Filed        **Date of Arrest:  January 17, 2018**
☐ Warrant Other District    ☐ Financial Affidavit taken    ☐ NO Financial Affidavit taken
☐ Counsel waives reading of the Complaint/Indictment
☒ An Attorney is appointed to represent the material witness(es).
☒ Upon questioning of the alleged material witness(es), the Court finds that they are not citizens of the United States.
☒ Material Witness(es) shall be temporarily detained in the custody of the United States Marshal pursuant to   ☒ 18§ 3142(f)    ☐ 18§ 3142(d)

   IT IS ORDERED: **within 48 hours of this Order\***, that the United States Attorney shall schedule a date and time **within 30 days of this Order** for videotaping of the material witnesses and shall file **within 48 hours of this Order\*** notice of the date and time of said taping and the name of each material witness to be videotaped. *IN THE CASE OF A JUVENILE MATERIAL WITNESS, **WITHIN 24 HOURS OF THIS ORDER**.

   IT IS ORDERED that counsel raising **objections** during the video depositions must (1) note the time and place on the videotape wherein the objection arose, (2) raise the objection before the district court in a short pleading filed no later than the deadline for the filing of Motions in the matter, (3) be prepared to roll the videotape at the exact point of any/all objections at the Motions hearing.
OTHER:  The Government has filed notice for the depositions to take place on 2/9/18 @ 8:30 AM in the Grand Jury Room.

**Recorded By** Courtsmart                          **MW/IA        5 min**
**Deputy Clerk** Beth Harper
                                                    **Start:  1:15 pm**
                                                    **Stop:   1:20 pm**