IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Scott Daniel Warren,<br><br>    Defendant. | NO.   M 18-01455-N/A(BPV)<br><br>**ORDER** |

On motion of the Government,

**IT IS ORDERED** that a Status Conference is scheduled before Magistrate Judge Velasco on February 7, 2018, at 9:20 a.m.

**IT IS FURTHER ORDERED** that, if a Change of Plea Hearing is going to be conducted at that time, the Government must file an Information, and defense counsel must file a Notice of Hearing, no later than noon on February 6, 2018. If the parties have entered into a Stipulation for Release of Material Witnesses, such Stipulation shall be provided to the Court at the hearing.

DATED this 23rd day of January, 2018.

_____
Bernardo P. Velasco
United States Magistrate Judge