ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ANNA R. WRIGHT
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: anna.wright@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | 18-mj-01455-N/A-BPV |
| v. | FIRST AMENDED NOTICE OF HEARING |
| Scott Daniel Warren, | |
| Defendant. | |

PLEASE TAKE NOTICE that the video depositions of Kristian Perez-Villanueva and Jose Arnaldo Scaria-Goday, has been rescheduled to Friday, March 2, 2018, starting at 8:30 a.m., in the Grand Jury Room, 4th Floor, United States District Courthouse, 405 West Congress Street, Suite 4700, Tucson, Arizona 85701.

DATED this 7th day of February, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/Anna R. Wright*
ANNA R. WRIGHT
Assistant U.S. Attorney

Copy of the foregoing served electronically or
by other means this 7th day of February, 2018, to:

William G. Walker, Esq.
Michael Areinoff, Esq.
BP-Prosecutions – Argelia Robles
U.S. Marshal's Service
Ref. Mag. Judge - BPV